**Order filed June 21, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00166-CV
_____

**PATRICIA SALVATO, M.D., Appellant**

**V.**

**MICHELLE WINSMANN F/K/A MICHELLE NAQUIN, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-37079**

## O R D E R

The clerk's record was filed March 2, 2012. The court has been informed that the trial court signed a "Final Appealable Order" on May 18, 2012. Therefore, a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **July 9, 2012**, containing the "Final Appealable Order" signed May 18, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM